# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **HEALTHNESS LLC,**<br><br>Plaintiff,<br><br>*v.*<br><br>**TIMEX GROUP USA, INC.,**<br><br>Defendant. | **CASE NO. 1:25-CV-00270-CFC**<br><br>**PATENT CASE**<br><br>**JURY TRIAL DEMANDED** |

### AMENDED PLAINTIFF'S RULE 7.1 STATEMENT

Pursuant to Fed. R. Civ. P. 7.1 and the Court's Standing Order Regarding Disclosure Statement Required by Federal Rule of Civil Procedure 7.1, Plaintiff Healthness LLC ("Plaintiff") states that it does not have a parent corporation and that there is no publicly held corporation owning ten percent or more of its stock. **Plaintiff's sole member and owner is Jeffrey Gross.**

Date: March 14, 2025

Respectfully submitted,

*/s/ Antranig Garibian*
Antranig Garibian, Esquire
DE Bar No. 4962
Garibian Law Offices, P.C.
1523 Concord Pike, Suite 400
Wilmington, DE 19803
(302) 722-6885
ag@garibianlaw.com

- 2 -

                                Isaac Rabicoff
                                Rabicoff Law LLC
                                (*pro hac vice* forthcoming))
                                4311 N Ravenswood Ave Suite 315
                                Chicago, IL 60613
                                Tel. (773) 669-4590
                                issac@rabilaw.com

                                ***Attorneys for Plaintiff***
                                ***Healthness LLC***