IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HEALTHNESS LLC, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) C.A. No. 25-270-JCB |
| | ) |
| TIMEX GROUP USA, INC., | ) |
| | ) |
| Defendant. | ) |

**NOTICE REGARDING PLACE OF TRIAL AND HEARINGS**

PLEASE TAKE NOTICE that, pursuant to JCB-CV-77 (D.I. 15), Defendant Timex Group USA, Inc. does not consent to trial or hearings in the Eastern District of Texas, Tyler Division.

| | |
|---|---|
| | /s/ Lindsey M. Gellar |
| | Andrew E. Russell (No. 5382) |
| | Lindsey M. Gellar (No. 7202) |
| | SHAW KELLER LLP |
| OF COUNSEL: | I.M. Pei Building |
| John R. Horvack, Jr. | 1105 North Market Street, 12th Floor |
| Meghan F. Buckley | Wilmington, DE 19801 |
| CARMODY TORRANCE SANDAK | (302) 298-0700 |
| & HENNESSY LLP | arussell@shawkeller.com |
| 195 Church Street, 18th floor | lgellar@shawkeller.com |
| New Haven, CT 06509 | *Attorneys for Defendant Timex Group USA, Inc.* |
| (203) 777-5501 | |

Dated: June 12, 2025